**A CERTIFIED TRUE COPY**

AUG 2 1 2006

ATTEST: [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
OCT 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 2 2006

FILED
CLERK'S OFFICE

DOCKET NOS. 1596 AND 1769

C 06-1763 MJJ

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*MDL-1596 -- IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 -- IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*MDL-1596 CONDITIONAL TRANSFER ORDER (CTO-61)*
*WITH SEPARATION, REMAND AND*
*MDL-1769 CONDITIONAL TRANSFER ORDER (CTO-3)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL-1596 pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,147 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings in MDL-1769 pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). Since that time, 15 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1596 previously transferred to the Eastern District of New York and assigned to Judge Weinstein; and 2) the actions in MDL-1769 previously transferred to the Middle District of Florida and assigned to Judge Conway. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Zyprexa, which involve common questions of fact with the previously transferred MDL-1596 actions; and 2) claims relating to the prescription drug Seroquel, which involve common questions of fact with the previously transferred MDL-1769 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL-1596 transfer order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: [signature]
Deputy Clerk

FILED
August 25, 2006  11:37 AM
Date                Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

-2-

The claims in each action relating to Seroquel are hereby separated and remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the resulting Seroquel actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the MDL-1769 transfer order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of New York, and ii) the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-61 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A.#**            **CASE CAPTION**

**CALIFORNIA NORTHERN**
- ~~CAN 3 06-662~~          Wendell Collum v. AstraZeneca Pharmaceuticals, LP, et al.    Opposed 8/21/06
- ~~CAN 3 06-676~~          Scott Polis v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1283~~         Daniel Cannon v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1289~~         Katherine Morris v. AstraZeneca Pharmaceuticals, LP, et al.    Vacated 8/16/06
- ~~CAN 3 06-1290~~         Herbert Price v. AstraZeneca Pharmaceuticals, LP, et al.    Opposed 8/21/06
- CAN 3 06-1305         Jennifer R. Ruscsak v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1311         Margaret A. Shearman v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1314~~         ~~Charles A. McCool v. AstraZeneca Pharmaceuticals, LP, et al.~~   Opposed 8/21/06
- CAN 3 06-1315         Frank R. Niemann v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1322~~         ~~Elaine Cotton v. AstraZeneca Pharmaceuticals, LP, et al.~~    Vacated 8/11/06
- CAN 3 06-1323         Rita A. Kurilla v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1326~~         ~~Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.~~    Opposed 8/21/06
- CAN 3 06-1394         Jennifer J. Naramore v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1403         Lisa A. Birkner v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1449         Jimmy Marsiglia, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1454         Hellen J. Thomas v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1483~~         ~~Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.~~   See Separate Order dated 8/21/06
- ~~CAN 3 06-1485~~         ~~Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.~~   See Separate Order dated 8/21/06
- CAN 3 06-1492         Donnell L. Lawshea v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1500         Jacqueline E. Gaiman v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1529         Vicky Reynolds, et al. v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1531         Jim Coppola v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1555         Lurae Eades v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1564         Nadine L. Copeland v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 3 06-1763         Thomas S. Fromosky, Jr. v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1817~~         ~~John C. Thigpen v. AstraZeneca Pharmaceuticals, LP, et al.~~    Opposed 8/21/06
- CAN 3 06-1855         Oggie Y. Williams v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 3 06-1857~~         ~~Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.~~    See Separate Order dated 8/21/06
- ~~CAN 3 06-1932~~         ~~Markus L. Tucker v. AstraZeneca Pharmaceuticals, LP, et al.~~    Vacated 8/8/06
- ~~CAN 3 06-2282~~         ~~Dimitrius Oliver v. AstraZeneca Pharmaceuticals LP, et al.~~    Opposed 8/21/06
- ~~CAN 3 06-2284~~         ~~Anna Fall v. AstraZeneca Pharmaceuticals, LP, et al.~~    Vacated 8/8/06
- CAN 4 06-1285         Clayton L. Plummer v. AstraZeneca Pharmaceuticals, LP, et al.
- CAN 4 06-1316         Shirley Keith v. AstraZeneca Pharmaceuticals LP, et al.
- ~~CAN 4 06-1318~~         ~~Joseph Hernandez v. AstraZeneca Pharmaceuticals, LP, et al.~~   Opposed 8/21/06
- ~~CAN 4 06-1335~~         ~~Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.~~   Opposed 8/21/06
- ~~CAN 4 06-1341~~         ~~Dorothy L. Cameron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.~~   Opposed 8/21/06
- CAN 4 06-1436         Denise Sims v. AstraZeneca Pharmaceuticals, LP, et al.
- ~~CAN 4 06-1557~~         ~~Tony L. Compalco v. AstraZeneca Pharmaceuticals, LP, et al.~~   Vacated 8/15/06

**MISSOURI EASTERN**
- MOE 4 06-506          Evelyn Hair v. Eli Lilly & Co., Inc., et al.
- MOE 4 06-907          Michael Middleton v. Eli Lily & Co., et al.

**MISSOURI WESTERN**
- MOW 2 06-4072         Donald Vaughan v. Eli Lilly & Co., et al.

**TEXAS EASTERN**
- TXE 5 06-43           Larry Lambright, etc. v. Eli Lilly & Co., et al.
- ~~TXE 5 06-104~~          ~~Carol Harris, etc. v. Eli Lilly & Co., et al.~~    See Separate Order dated 8/21/06

## INVOLVED COUNSEL LIST (CTO-61)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
919 N, Market Street
Wilmington, DE 19801

Allen D. Allred
Thompson & Coburn
One US Bank Plaza
Suite 3500
St. Louis, MO 63101

Catherine V. Barrad
Sidley, Austin, LLP
555 West 5th Street, Suite 4000
Los Angeles, CA 90013-1010

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
Five Houston Center
1401 McKinney Street
Suite 1800
Houston, TX 77010

Rebecca Green Goldstein
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisiana Street, Suite 3000
Houston, TX 77002-9934

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104

John F. Kuckelman, II
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Justin Ma
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Elizabeth Raines
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Andrew Bruce See
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Jennifer J. Spencer
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612-3572

INVOLVED JUDGES LIST (CTO-61)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-3)
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5217

~~Hon. Wayne D. Brazil~~
~~U.S. Magistrate Judge~~
~~Ronald V. Dellums Federal Building~~
~~3rd Floor~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5217~~

~~Hon. Edward M. Chen~~
~~U.S. Magistrate Judge~~
~~Phill Burton U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~Box 36060~~
~~San Francisco, CA 94102~~

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. Susan Yvonne Illston
U.S. District Judge
19-5424 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

~~Hon. Maria-Elena James~~
~~U.S. Magistrate Judge~~
~~15-5698 Phillip Burton~~
~~U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~San Francisco, CA 94102-3434~~

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

~~Hon. James L. Larson~~
~~U.S. Magistrate Judge~~
~~Phillip Burton U.S. Courthouse~~
~~450 Golden Gate Avenue~~
~~P.O. Box 36060~~
~~San Francisco, CA 94102-3489~~

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Thomas C. Mummert, III
U.S. Magistrate Judge
United States District Court
Thomas F. Eagleton
United States Courthouse
111 South Tenth Street
St. Louis, MO 63102-9958

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

~~Hon. Charles Shaw~~
~~U.S. District Judge~~
~~Thomas F. Eagleton U.S. Courthouse~~
~~111 South Tenth Street, 12th Floor~~
~~St. Louis, MO 63102-9958~~

Hon. T. John Ward
U.S. District Judge
United States District Court
100 E. Houston Street
Marshall, TX 75670

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

**INVOLVED CLERKS LIST (CTO-61)**
**DOCKET NO. 1596**
**IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION**

**INVOLVED CLERKS LIST (CTO-3)**
**DOCKET NO. 1769**
**IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION**

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 1 2006

FILED
CLERK'S OFFICE

## DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
## MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
C.A. No. 3:06-1483
*Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California,
C.A. No. 3:06-1857

## ORDER VACATING CTO-3 IN MDL-1769 AND
## LIFTING STAY OF CTO-61 IN MDL-1596

On August 2, 2006, the Panel filed an order conditionally i) transferring these two actions (*Theodorou* and *Outlaw*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel actions to the Middle District of Florida in MDL-1769. In the absence of any opposition, this order is now ripe for finalization. The Panel, however, has been advised that the Seroquel claims in *Theodorou* and *Outlaw* were dismissed in the Northern District of California by the Honorable Jeffery S. White in separate orders filed on July 18, and July 19, 2006, respectively. Accordingly, *Theodorou* and *Outlaw* in their present posture are appropriate for transfer in their entirety to the Eastern District of New York for inclusion in MDL-1596.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" in MDL-1769 (with prior separation and remand of Seroquel claims), filed on August 2, 2006, is VACATED insofar as it relates to these actions.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 is LIFTED insofar as it relates to these actions, and thus the actions are transferred in their entirety to the Eastern District of New York for inclusion in

- 2 -

the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Jack B. Weinstein.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch  
Clerk

Laura Barsamian  
Orlando Division

August 31, 2006

Mr. Richard W. Weiking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Ave, 16th Floor
San Francisco, CA   94102-3434

RE:   MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Weiking:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please send your original case files (see attached) and certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 80 N. Hughey Ave., Suite 300, Orlando, FL, 32801.**   Due to the large volume of cases on this Conditional Transfer Order, it would be very much appreciated if you could be sure to reference the Middle District of Florida's case number on each of your cases.

If you have any questions, please contact me at 407-835-4203.

Sincerely,

Mollie A. Pleicones,   Deputy Clerk

Enclosures
c:   Michael J. Beck, Clerk, MDL Panel

| SCHEDULE A - CASE LIST FROM ORIGINAL MDL TRANSFER ORDER (7/6/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 7-19-06 / SECOND LETTER OF REQUEST DATED 9-8-06***** | | |
| CASE STYLE | ND CA(SF) CASE NUMBER | MD FL CASE NUMBER |
| Baytos v. AstraZeneca, et al. | 3:06-cv-556 | 6:06-cv-964-Orl-22DAB |
| Bobal v. AstraZeneca, et al. | 3:06-cv-547 | 6:06-cv-969-Orl-22DAB |
| Hess v. AstraZeneca, et al. | 3:06-cv-572 | 6:06-cv-989-Orl-22DAB |

| SCHEDULE C - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -2 (8/14/06) (*Amended Per Panel's Order Lifting Stay filed 9/5/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| *Roberts v. AstraZeneca, et al. | 3:06-cv-667 | 6:06-cv-1332-Orl-22DAB |
| *Maxwell v. AstraZeneca, et al. | 3:06-cv-1935 | 6:06-cv-1333-Orl-22DAB |

| SCHEDULE D - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER -3 (8/25/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 8-31-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Polis v. AstraZeneca, et al. | 3:06-cv-676 MJJ | 6:06-cv-1286-Orl-22DAB |
| Cannon v. AstraZeneca, et al. | 3:06-cv-1283 MJJ | 6:06-cv-1287-Orl-22DAB |
| Shearman v. AstraZeneca, et al. | 3:06-cv-1311 PJH | 6:06-cv-1289-Orl-22DAB |
| Niemann v. AstraZeneca, et al. | 3:06-cv-1315 PJH | 6:06-cv-1290-Orl-22DAB |
| Naramore v. AstraZeneca, et al. | 3:06-cv-1394 PJH | 6:06-cv-1292-Orl-22DAB |
| Birkner v. AstraZeneca, et al. | 3:06-cv-1403 PJH | 6:06-cv-1293-Orl-22DAB |
| Marsiglia, et al. v. AstraZeneca, et al. | 3:06-cv-1449 MJJ | 6:06-cv-1294-Orl-22DAB |
| Thomas v. AstraZeneca, et al. | 3:06-cv-1454 MJJ | 6:06-cv-1295-Orl-22DAB |
| Gaiman v. AstraZeneca, et al. | 3:06-cv-1500 PJH | 6:06-cv-1297-Orl-22DAB |
| Coppola v. AstraZeneca, et al. | 3:06-cv-1531 PJH | 6:06-cv-1299-Orl-22DAB |
| Copeland v. AstraZeneca, et al. | 3:06-cv-1564 MJJ | 6:06-cv-1301-Orl-22DAB |
| Fromosky v. AstraZeneca, et al. | 3:06-cv-1763 MJJ | 6:06-cv-1302-Orl-22DAB |

| SCHEDULE E - CASE LIST FROM MDL CONDITIONAL TRANSFER ORDER - 4 (9/1/06) | | |
|---|---|---|
| *****FIRST LETTER OF REQUEST DATED 9-7-06***** | | |
| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
| Burger v. AstraZeneca, et al. | 3:06-cv-1766 | 6:06-cv-1315-Orl-22DAB |